No. 12–7320.  TRUJILLO v. FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 12–7323.  VASQUEZ ESCALANTE v. WATSON, WARDEN. C. A. 4th Cir.  Certiorari denied.

No. 12–7327.  MENDOZA v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 12–7332.  ALANIZ-DIAZ v. UNITED STATES (Reported below: 475 Fed. Appx. 990); and RODRIGUEZ-RAGA v. UNITED STATES (486 Fed. Appx. 476).  C. A. 5th Cir.  Certiorari denied.

No. 12–7341.  MILLER v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 12–7358.  TUCKER v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 3d Cir.  Certiorari denied.

No. 12–7359.  PEREZ v. UNITED STATES ET AL.  C. A. 5th Cir. Certiorari denied.

No. 12–7382.  WILSON ET AL. v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 12–7403.  HAUGEN v. OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 12–7420.  MOON, AKA LEWIS v. LEWIS.  Sup. Ct. Okla. Certiorari denied.

No. 12–7421.  HODGES v. PARKER, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 12–7423.  GERMAN v. HOREL, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–7433.  STANTON v. FRINK, WARDEN, ET AL.  Sup. Ct. Mont.  Certiorari denied.

No. 12–7451.  QUOCHUY TRAN v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.